ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas NV 89119
Telephone: (702) 614-0600
*Counsel for Christopher P. Burke, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CAREER COLLEGES, INC.<br><br>Debtor. | Case No. 24-50132-hlb<br>Chapter 7<br><br>**SUPPLEMENT TO VERIFIED STATEMENT** |

    This supplement is submitted to identify a new connection that Mr. Atkinson has to a person employed in the office of the United States Trustee:

- I now have a social connection with the daughter of Mr. Carlos Hernandez-Vivoni, who happens to be an employee of the Office of the United States Trustee.  As such, I have recently begun to briefly encounter Mr. Hernandez-Vivoni outside of work, on a social basis only.

    The above connection does not cause the Firm to hold any interest materially adverse to the interest of the estate.

# # # # #

I declare under penalty of perjury that the foregoing is true and correct.

                                                       /s/ Robert Atkinson
                                                       Robert E. Atkinson, Esq.