ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CAREER COLLEGES, INC.,<br><br>Debtor. | Case No. 24-50132-hlb<br>Chapter 7<br><br>**AMENDED NOTICE OF HEARING**<br><br>Hearing Date:     January 8, 2025<br>Hearing Time:    2:30 p.m.<br><br>Location:  TELEPHONIC HEARING ONLY<br><br>Phone number:        (833) 435-1820<br>Meeting ID:            160 532 0260<br>Participant ID:        None<br>Meeting passcode:   643758# |

NOTICE IS HEREBY GIVEN that a motion entitled MOTION TO SELL BUSINESS PERSONAL PROPERTY [Property: 2021 Econoline Trailer] [ECF #58] (the "***Motion***") was filed on November 11, 2024 by Christopher P. Burke ("***Trustee***"), the chapter 7 trustee of the above-captioned bankruptcy estate.  The Motion seeks authorization for the Trustee to sell a certain vehicle of Debtor's for $2,000.00, and on the other terms and conditions of the APA attached as an exhibit to the Motion.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document.  This hearing may be continued from time to time without further notice to you.

NOTICE IS FURTHER GIVEN that a copy of the Motion may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas

-1-

-2-

Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Trustee's counsel Robert Atkinson, Esq. at either (702) 614-0600 or by email at robert@nv-lawfirm.com.

      NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views, then you must file an opposition with the court, and serve a copy to the Trustee's counsel no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: December 2, 2024

**ATKINSON LAW ASSOCIATES LTD.**

By:     /s/ Robert E. Atkinson
      ROBERT E. ATKINSON, ESQ.
      Nevada Bar No. 9958
      *Attorney for Trustee*