ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>CAREER COLLEGES, INC.,<br><br>Debtor. | Case No. 24-50132-hlb<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |
|---|---|

     PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

                                           **ATKINSON LAW ASSOCIATES LTD.**

                                           By:     /s/Robert E. Atkinson
                                               ROBERT E. ATKINSON, ESQ.
                                               Nevada Bar No. 9958
                                               *Attorney for Trustee*

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 10, 2025
_____

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas NV 89119
Telephone: (702) 614-0600
*Attorney for Christophe P. Burke, Trustee*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| In re: | Case No. 24-50132-hlb |
|---|---|
| CAREER COLLEGES, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING SALE** |
| | Hearing Date: January 8, 2025 |
| | Hearing Time: 2:30 p.m. |

Chapter 7 trustee Christopher Burke's motion entitled MOTION TO SELL BUSINESS PERSONAL PROPERTY [ECF #58] ("**_Sale Motion_**") came on for a hearing before this Court. Appearances were as noted in the record.  No opposition to the Sale Motion was filed.

The Sale Motion sought to sell a 2021 Econoline trailer (VIN 42EDBFG2XM1000388) ("**_Trailer_**") identified in the Asset Purchase Agreement ("**_APA_**") attached to the Sale Motion, to buyer LARRY NATHAN CLARK for the sale price of $2,000.00. The specific proposed terms of the sale were found in the APA.

-1-

All findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 9014(c) and 7052.  Good cause appearing,

**IT IS HEREBY ORDERED** that

1.   The Sale Motion is granted.

2.   The sale of the Trailer to LARRY NATHAN CLARK is approved, at the sale price of $2,000.00 and on the other terms and conditions of the APA.

3.   The Trustee is authorized to execute any and all documents necessary to effectuate the sale.

**IT IS SO ORDERED.**

# # # # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Christopher P. Burke, Trustee*

### CERTIFICATION re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court has waived the requirements set forth in LR 9021(b)(1).

☒   No other party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###