Christopher P. Burke
526 Lander St.
Reno, NV 89509
(775) 333-9345
*trusteecburke@gmail.com*
Chapter 7 Trustee

Electronically filed: 1/13 /2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA
### ***

| | |
|---|---|
| In Re: | Case No. BK-24-50132-HLB |
| CAREER COLLEGES, INC., | Chapter 7 |
| | **REPORT OF SALE OF PROPERTY OF THE ESTATE** |
| DEBTORS. | Hearing Date: N/A<br>Hearing Time: N/A |

  Chapter 7 Trustee, Christopher P. Burke, ('Trustee'), hereby gives Notice of Sale of Assets of the Estate of Career Colleges, Inc., specifically, the 2021 Econoline trailer (Vin: 42EDBFG2XM1000388) ("Trailer"), to Larry Nathan Clark, for a sale price of $2,000.

  The Trailer was approved to be sold for the sum of $2,000 pursuant to the Order Approving Sale [Dkt. 79] and pursuant to the terms and conditions of the Asset Purchase Agreement (Dkt. 58 p.4-6).

  That the funds received from the sale of the Trailer will be paid into the bankruptcy estate for the benefit of its creditors.

  Submitted this 13th day of January 2025.

  */s/ Christopher P. Burke*
  Christopher P. Burke
  Chapter 7 Trustee