ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | Case No. 24-50132-hlb |
|---|---|
| CAREER COLLEGES, INC. | Chapter 7 |
| Debtor. | **DECLARATION OF ROBERT E. ATKINSON** |

I, Robert E. Atkinson, hereby declare as follows:

1. I am over the age of 18 and have personal knowledge of the facts stated herein. I am counsel for the chapter 7 trustee in this case.

2. I make this declaration pursuant to LR 9014.1(d) contemporaneously with submission of a proposed order on the Trustee's motion entitled MOTION TO ABANDON SECURED PROPERTY [ECF #75] (the "***Motion***").

3. Per LR 9014.1, the Motion contained the negative notice legend informing the parties of their opportunity to object within 21 days of the date of service.

4. The Motion was served on January 2, 2025 upon all interested parties. [ECF #78 (Certificate of Service).]

5. The time permitted in which to file an objection expired on January 23, 2025. No party filed an objection. Furthermore, I was not contacted by any party who expressed an interest in objecting. Thus, the Court can grant the requested relief.

# # # # #

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

/s/ Robert Atkinson
ROBERT E. ATKINSON

-1-