ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re: | Case No. 24-50132-hlb |
| --- | --- |
| | Chapter 7 |
| CAREER COLLEGES, INC., | **NOTICE OF ENTRY OF ORDER** |
| Debtor. | |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

**ATKINSON LAW ASSOCIATES LTD.**

By:        /s/Robert E. Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Trustee*

-1-

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
January 24, 2025

_____

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No. 24-50132-hlb |
|---|---|
| CAREER COLLEGES, INC. | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO ABANDON SECURED PROPERTY** |

  The Court reviewed and considered the chapter 7 trustee's motion entitled MOTION TO ABANDON SECURED PROPERTY [ECF #75] (the "***Motion***").

  No objection or opposition to the Motion was timely filed. For the reasons stated in the Motion, good cause appears to grant the requested relief.

**IT IS HEREBY ORDERED:**

  1. The Motion is approved.

  2. The following property is hereby abandoned, and is no longer property of the bankruptcy estate as of the date of entry of this order:

- All retail installment contracts ("***RICs***") of the Debtor, including all electronic records thereof.

**IT IS SO ORDERED**.

-1-

# # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON
*Attorney for Christopher P. Burke, Trustee*

**CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court has waived the requirements set forth in LR 9021(b)(1).

☒   No other party appeared at the hearing or filed an objection to the motion.

☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

-2-