ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| In re: | Case No. 24-50132-hlb |
| --- | --- |
| | Chapter 7 |
| CAREER COLLEGES, INC., | **NOTICE OF ENTRY OF ORDER** |
| Debtor. | |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

**ATKINSON LAW ASSOCIATES LTD.**

By: _____/s/Robert E. Atkinson_____
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Trustee*

-1-

_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
February 24, 2025

_____

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 24-50132-hlb |
| | Chapter 7 |
| CAREER COLLEGES, INC., | |
| | Hearing Set – Unopposed |
| Debtor. | |

### ORDER ON THE FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED BY ATKINSON LAW ASSOCIATES LTD. WHILE GENERAL COUNSEL FOR TRUSTEE

The Court reviewed and considered the FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED BY ATKINSON LAW ASSOCIATES LTD. WHILE GENERAL COUNSEL FOR TRUSTEE [ECF #85] (the "***Application***").

No opposition to the Application was filed. Pursuant to the factors specified in 11 U.S.C. §330(a)(3), the Court determined that the compensation and expense reimbursement requested, as shown in the Application, are reasonable. Good cause appearing,

-1-

**IT IS HEREBY ORDERED** that the relief sought in the Application is hereby granted, and specifically:

1. The Application is granted.

2. The following fees and expenses, as described in the Application, are allowed as an administrative expense to Atkinson Law Associates Ltd., on a final basis:

| Fees | Expenses |
|---|---|
| $20,405.00 | $1,181.85 |

3. The Trustee may remit the above amounts from the bankruptcy estate to Applicant, so long as sufficient funds exist to do so and that such remittance does not prejudice other creditors of the same priority.

**IT IS SO ORDERED.**

# # # # #

Submitted by:

    /s/ Robert Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Trustee*

### CERTIFICATION re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###