ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Christopher P. Burke, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 24-50132-hlb |
| | Chapter 7 |
| CAREER COLLEGES, INC., | |
| | **STIPULATION REGARDING** |
| Debtor. | **CLAIM 23** |

CHRISTOPHER P. BURKE, the chapter 7 trustee of the above-captioned bankruptcy estate ("**_Trustee_**") and claimant REBECCA PROSCH ("**_Claimant_**") hereby stipulate and agree as follows:

WHEREAS, Claimant filed proof of claim 23 in this bankruptcy case ("**_Claim 23_**"); and

WHEREAS, Claimant marked 'yes' in Claim 23 Section 12, but also asserted the entire amount of $13,645.96 is entitled to priority under 11 U.S.C. § 507(a)(7); and

WHEREAS, Claimant is only entitled to a priority claim up to the statutory cap amount of $3,350.00 under 11 U.S.C. § 507(a)(7) [1]; and

WHEREAS, Claimant concurs that the priority portion of Claim 23 should be reduced from $13,645.96 to $3,350.00, and that the remaining portion of $10,295.96 constitutes a general unsecured claim;

///

///

///

///

---

[1] $3,350.00 is the cap for cases filed between 4/1/22 and 3/31/25. See https://www.govinfo.gov/content/pkg/FR-2022-02-04/pdf/2022-02299.pdf

1

**THEREFORE**, the parties hereto hereby stipulate as follows:

1. The priority portion on Claim 23 shall be reduced from $13,645.96 to $3,350.00.
2. The remaining portion of $10,295.96 shall be a general unsecured claim.

**IT IS SO STIPULATED.**

# # # # #

DATED: April 14, 2025						**CLAIMANT:**

							By: /s/ Rebecca Prosch
							REBECCA PROSCH
							*Claimant*

DATED: April 14, 2025						**ATKINSON LAW ASSOCIATES LTD.**

							By: /s/ Robert Atkinson
							ROBERT E. ATKINSON, ESQ.
							Nevada Bar No. 9958
							*Attorney for Trustee*