_____
Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
June 30, 2025

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CAREER COLLEGES, INC.,<br><br>Debtor. | Case No. 24-50132-hlb<br><br>Chapter 7<br><br>**ORDER DIRECTING MOVANT TO SUBMIT PROPOSED ORDER GRANTING RELIEF REQUESTED**<br><br>Related ECF No. 100 |

Having considered the *Motion for Order Allowing and Authorizing Payment of Administrative Expense* [ECF No. 100] ("Motion") and the supporting *Declaration of Christopher D. Benna* [ECF No. 101] filed by RBK Investments, LLC ("Movant"), and having reviewed the docket in the above-captioned bankruptcy case, the Court finds that the Movant properly served the Motion, and no party timely responded to the relief requested. Based on the foregoing, and for good cause shown, **THE COURT HEREBY ORDERS:**

The Movant is directed to upload a proposed form of order granting the Motion. Upon entry of the order, the Court will vacate the hearing in this matter scheduled for July 8, 2025.

**SIGNED AND DATED ABOVE.**

Copy sent via CM/ECF Electronic Notice